**FILED**
March 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Michael Trujillo_____
DEPUTY

## VERIFIED RETURN OF SERVICE

**State of Texas**   **County of WESTERN**   **District Court**

Case Number: EP22CV0097

Plaintiff:
**BRANDON CALLIER**

vs.

Defendant:
**HARRIS CAPITAL MORTGAGE GROUP, LLC D/B/A HARRIS CAPITAL MORTGAGE a Florida Limited Liabilty Company**

For:
BRANDON CALLIER
PRO SE
6336 FRANKLIN TRAIL
EL PASO, TX 79912

Received by Michelle Howard on the 21st day of March, 2022 at 4:32 pm to be served on **HARRIS CAPITAL MORTGAGE GROUP, LLC D/B/A HARRIS CAPITAL MORTGAGE C/O VIA REGISTERED AGENTS, INC., 7901 4TH STREET N, SUITE 300, ST. PETERSBURG, FL 33702**.

I, Michelle Howard, being duly sworn, depose and say that on the **22nd day of March, 2022** at **11:20 am, I:**

served an **LLC, Limited Liability Company (F.S. 48.062)** by delivering a true copy of the **SUMMONS IN CIVIL ACTION, CIVIL COVER SHEET AND PLAINTIFF'S ORIGINAL COMPLAINT** with the date and hour of service endorsed thereon by me, to: **David P** as **Designated Agent**, at the address of: **7901 4TH STREET N, SUITE 300, ST. PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case or cause. I have personal knowledge of the facts and statements contained in to affidavit and each is true and correct.

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization on 3/23/22 by: Michelle Howard who is ✓ personally known to me, or produced ___ as identification

NOTARY PUBLIC

HECTOR RAMOS REYES
Notary Public - State of Florida
Commission # HH 233497
My Comm. Expires Feb 27, 2026
Bonded through National Notary Assn.

**Michelle Howard**
APS 28364 / CPS 20-705384

**JMT Management - Legal Support Services**
6250 N. Military Trail
Suite 102
West Palm Beach, FL 33407
(561) 640-4800

Our Job Serial Number: JMT-2022000214

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i