RECEIVED
April 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2022 MAY -3 PM 4:55

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| HARRIS CAPITAL MORTGAGE GROUP, LLC, a Florida limited liability company | § § § | EP-22-CV-0097-DG |
| Defendants. | § § § | |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant Harris Capital Mortgage Group, LLC was served with the Summons and Complaint in this action on or about March 22, 2022, and the time for Defendant to appear, answer, or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that the Plaintiff, Brandon Callier, recover from the Defendant the sum of $15,000.00, the amount claimed, amounting in all to $15,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution, therefore.

Michael J. Trujillo, Deputy
Jannette J. Clark
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF May 3, 2022