## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER** | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | |
| | § | **EP-22-CV-00097-DCG** |
| **HARRIS CAPITAL MORTGAGE** | § | |
| **GROUP, LLC** *d/b/a Harris Capital* | § | |
| *Mortgage a Florida Limited Liability* | § | |
| *Company*, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER TO CLOSE CASE

On May 3, 2022, the District Clerk issued "Judgment for Sum Certain by Default" (ECF

No. 8).  In view thereof, **IT IS ORDERED** that the District Clerk shall **CLOSE** this case.

**So ORDERED and SIGNED this 15th day of July 2022.**


_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**