# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee: 9-16-24
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage
$
Total Postage a[nd Fees]
$
Sent To
Street and Apt. N[o.]
City, State, ZIP+4

Harris Capital Mortgage Group, LLC
11707 Longworth Rd.
Las Vegas, NV 89135
3:22-cv-97-DCG Doc. 10 (dt)

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions